UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEN-TREI FERTILIZER COMPANY, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 08-5204 c/w 09-4572<br>Filed in 09-4572 |
| CELTIC MARINE CORPORATION, ET AL | SECTION "C" (2) |

ORDER AND REASONS

IT IS ORDERED that the motion for summary judgment filed by Celtic Marine Corporation is DENIED. (Rec. Doc. 75). Without detracting from the strength of the arguments presented by the mover, the Court has determined that the issues presented in these consolidated matters should be determined simultaneously and at trial.

New Orleans, Louisiana, this 5th day of February, 2010.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE